IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TARA CHRISTINA CLINTON o/b/o J.K.G., <br> Plaintiff, | CIVIL ACTION |
| v. | NO. 11-0613 |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, <br> Defendant. | |

### ORDER

AND NOW, this _26th_ day of _March_, 2012, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Dkt. No. 10) filed December 15, 2011; upon consideration of Defendant's Response to Request for Review of Plaintiff (Dkt. No. 12) filed January 17, 2012; and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin, IT IS ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED;
2. the Plaintiff's Request for Review is GRANTED in part;
3. the matter is REMANDED for further proceedings consistent with the Report and Recommendation; and
4. The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

_____
PETRESE B. TUCKER,
United States District Judge